```
          IN THE UNITED STATES DISTRICT COURT
              MIDDLE DISTRICT OF GEORGIA
                   COLUMBUS DIVISION
```

ISAAC BORDERS,                        *

    Petitioner              *

vs.                                   *
                                        CASE NO. 4:08-CV-23 (CDL)

DAVID FRAZIER, Warden                 *

    Respondent              *

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on June 30, 2008 is hereby approved, adopted, and made the Order of the Court.

The objections of the Petitioner have also been thoroughly considered and are found to be without merit.

The Court also finds Petitioner's Rule 60(b)(4) motion to be untimely, and it is likewise denied.

IT IS SO ORDERED, this 15th day of July, 2008.

                                                S/Clay D. Land
                                                  CLAY D. LAND
                                      UNITED STATES DISTRICT JUDGE